UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 08-01001-CJC(ANx) | Date | November 30, 2009 |
| Title | Kerry Johnson v. The Ritz-Carlton Hotel Company LLC, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Michelle Urie | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| None Present | None Present | | |

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING ACTION IN LIGHT OF SETTLEMENT

In light of the settlement agreement that was reached by the parties at the settlement conference held on August 6, 2009 before Magistrate Judge Nakazato, the Court hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for thirty days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed. This order shall not prejudice any party in this action.

: 0

Initials of Preparer   mu